HARRY REGO V. STATE OF NEBRASKA.

FILED OCTOBER 17, 1930. No. 27419.

*W. M. Elmen,* for plaintiff in error.

*C. A. Sorensen, Attorney General,* and *Homer L. Kyle, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is a proceeding in error brought to this court by Harry Rego for a review of the judgment of the district court for Lancaster county, wherein he was convicted of the crime of robbery under section 9557, Comp. St. 1922, as amended by chapter 71, Laws 1927.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.